JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Walter E. Sanchez,<br><br>  Plaintiff,<br><br>  v.<br><br>Moutaz Watfa;<br>Ziad Watfa; and Does 1-10,<br><br>  Defendants. | Case: 2:14-CV-02539-SJO-MAN<br><br>**NOTICE OF DISMISSAL &<br>ORDER THEREON** |

## ORDER

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed with prejudice.

Dated: 7/10/2014         *S. James Otero*
                HONORABLE S. JAMES OTERO
                UNITED STATES DISTRICT COURT JUDGE